# UNITED STATES DISTRICT COURT
## for the
### Western District of Missouri

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. 24-SW-00195-LMC |
| The person of Tyler Leroy Hilbert, who resides at | ) | |
| 7790 NE HWY AC, Calhoun, MO 65323, located | ) | |
| in the Western District of Missouri. | ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the            Western            District of            Missouri
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

☑ **YOU ARE COMMANDED** to execute this warrant on or before            06/03/2024            *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and return this warrant and inventory to Honorable Lajuana M. Counts, U.S. Magistrate Judge .
*(United States Magistrate Judge)*

☐      Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result as listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*      ☐ until, the facts justifying, the later specific date of _____ .

☐ Warrant issued in person.
☑ Warrant issued by telephone ~~or other reliable electronic means~~.

| | | |
|---|---|---|
| Date and time issued: | 05/20/2024 11:28 am | *Judge's signature* |
| City and state: | Kansas City, Missouri | Honorable Lajuana M. Counts, U.S. Magistrate Judge |
| | | *Printed name and title* |

| **Return** | | |
|---|---|---|
| Case No.:<br>24-SW-00195-LMC | Date and time warrant executed:<br>9:10 AM 5/23/24 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

No items/property taken off of person. See inventory
for adjacent warrant.

**Certification**

☑ I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant
to the designated judge.

☐ I declare under penalty of perjury that this inventory is correct and was returned electronically along with the
original warrant to the designated judge IAW Fed.R.Crim.P. 4.1 and 4(f)(1)(D).

Date: 5/28/24

_Executing officer's signature_

SA ISAAC MCPHEETERS

_Printed name and title_